KRAMER, Judge,
concurring:
With respect to consideration of eligibility for aid and attendance, the following evidence supports a need for aid and attendance based on the veteran’s service-connected condition and should be addressed by the BVA in that context: (1) Statement of Mary H. Hudson, M.D., dated April 5, 1988 (Record (R.) at 181); (2) Statement of veteran Deiva D. Ralston, dated August 25, 1988 (R. at 187); (3) Statement of Mary H. Hudson, M.D., dated October 30, 1992 (R. at 276); (4) Statement of Mary H. Hudson, M.D., dated February 15, 1993 (R. at 286); (5) Statement of Mary H. Hudson, M.D., dated July 12, 1995 (R. at 316); (6) Statement of Mary H. Hudson, M.D., dated February 1, 1996 (R. at 331); (7) Statement of Anita H. Harten, dated April 20, 1996 (R. at 340- *114 41); and (8) Statement of Mary H. Hudson, M.D., dated April 18, 1996 (R. at 343).